UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JUN -7 PM 3:09
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) 1:16-cr-0121 WTL-DKL
ORLANDO RICHARD BANKS, JR., )
Defendant. )

INDICTMENT

COUNT ONE
(Distribution of Heroin)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

The Grand Jury charges that:

On or about February 25, 2016, in the Southern District of Indiana, Indianapolis Division, ORLANDO RICHARD BANKS, JR., the defendant herein, did knowingly distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWO
(Distribution of Heroin)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

The Grand Jury charges that:

On or about March 10, 2016, in the Southern District of Indiana, Indianapolis Division, ORLANDO RICHARD BANKS, JR., the defendant herein, did knowingly distribute a mixture

or substance containing a detectable amount of heroin, a Schedule I Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT THREE
(Distribution of Heroin)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

The Grand Jury charges that:

On or about April 7, 2016, in the Southern District of Indiana, Indianapolis Division, ORLANDO RICHARD BANKS, JR., the defendant herein, did knowingly distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**FORFEITURE**

1. The allegations in Counts 1 through 3 of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of any of the offenses set forth in Counts 1 through 3, ORLANDO RICHARD BANKS, JR. the defendant herein, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses of which he is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which he is convicted. Pursuant to Title 21, United States Code, Section 853 and Rule 32.2(e) of the Federal Rules of Criminal Procedure, such property includes any property

constituting proceeds of the offenses of conviction that has not yet been located and identified by the United States.

3. Pursuant to Title 21, United States Code, Section 853(p), the court shall order the forfeiture of any other property of the defendant, up to the value of any property described in paragraph 2, if, by any act or omission of the defendant, the property described in paragraph 2, or any portion thereof:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of all forfeitable property as described above in Paragraph 2.

A TRUE BILL:

[REDACTED]
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: [signature]
Barry D. Glickman
Assistant United States Attorney